# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0916. QUANTAVIOUS LEE JACKSON v. THE STATE.**

In 2016, a jury found Quantavious Lee Jackson guilty of four counts of trafficking persons for sexual servitude, and the trial court sentenced him to two consecutive life sentences. Jackson filed a motion for new trial, which the trial court denied on March 5, 2019. On March 7, 2019, Jackson filed a motion for supersedeas bond, which the trial court denied on March 20, 2019. Jackson filed a notice of appeal from this order on April 15, 2019. Thereafter, on April 22, 2019, Jackson filed a second notice of appeal purporting to appeal the denial of his motion for new trial. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Jackson did not file a notice of appeal within 30 days after entry of the order denying his motion for new trial, we lack jurisdiction to consider the appeal.

Although Jackson filed a notice of appeal within 30 days of the order denying supersedeas bond, that order is moot because Jackson no longer has the right to a direct appeal from the denial of his motion for new trial. See *Randolph County v. Johnson*, 282 Ga. 160 (1) (646 SE2d 261) (2007) ("An appeal becomes moot if the rights insisted upon could not be enforced by a judicial determination."). When the questions presented on appeal have become moot, the appeal is subject to dismissal.

See OCGA § 5-6-48 (b) (3).  For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,   01/24/2020          *
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*